```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 21197
     CAROLYN WASHINGTON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
     SSN XXX-XX-3386

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/12/2007 and was not confirmed.

     The case was dismissed without confirmation 01/28/2008.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------------
NUVELL CREDIT CO LLC     SECURED VEHIC           .00           .00            .00
NUVELL CREDIT CO LLC     UNSECURED               .00           .00            .00
GREAT AMERICAN FINANCE   SECURED              500.00           .00            .00
GREAT AMERICAN FINANCE   UNSECURED        NOT FILED            .00            .00
GREAT AMERICAN FINANCE   SECURED              500.00           .00            .00
GREAT AMERICAN FINANCE   UNSECURED        NOT FILED            .00            .00
SILVERLEAF RESORTS INC   SECURED NOT I  NOT FILED            .00            .00
ALS SERVICES LLC         UNSECURED        NOT FILED            .00            .00
CAVALRY PORTFOLIO SERVIC UNSECURED          13355.68           .00            .00
CAPITAL ONE AUTO FINANCE UNSECURED        NOT FILED            .00            .00
CITY OF CHICAGO PARKING  UNSECURED        NOT FILED            .00            .00
FIRST CONSUMERS NATIONAL UNSECURED        NOT FILED            .00            .00
FIRST PREMIER BANK       UNSECURED        NOT FILED            .00            .00
GE CONSUMER FINANCE      UNSECURED           2061.48           .00            .00
JEWEL FOOD STORE         UNSECURED        NOT FILED            .00            .00
HSBC CARSON              UNSECURED        NOT FILED            .00            .00
NATIONAL ACCOUNT ADJUSTM UNSECURED        NOT FILED            .00            .00
JEFFERSON CAPITAL SYSTEM UNSECURED            268.15           .00            .00
AIS SERVICES LLC         UNSECURED           1300.62           .00            .00
CAVALRY PORTFOLIO SERV   UNSECURED           1731.31           .00            .00
ASSET ACCEPTANCE CORP    UNSECURED            235.35           .00            .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY       3,343.00                        552.00
TOM VAUGHN               TRUSTEE                                             48.00
DEBTOR REFUND            REFUND                                            600.00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                1,200.00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                  552.00

               PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 21197 CAROLYN WASHINGTON
```

```
TRUSTEE COMPENSATION                                               48.00
DEBTOR REFUND                                                     600.00
                                        ----------------  ----------------
TOTALS                                          1,200.00          1,200.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 04/23/08                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE